**Corrine L. BARKER, Appellant,**

**Joseph G. Barker, Plaintiff,**

**v.**

**TEXACO, INC., a Delaware Corporation registered to do business in the State of Missouri; L and E Martin Oil Company, Inc., a Missouri Corporation; James Eberle Corporations, Defendants,**

**Larry Bellamy, Appellee.**

**No. 04–2678.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 29, 2005.

Decided: Sept. 30, 2005.

Corrine L. Barker, Ponte Vedra Beach, FL, pro se.

Donald P. Herron, Herron & Lewis, Kansas City, MO, for Appellee.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

In this diversity action, Corinne Barker appeals the district court's[1] judgment entered upon a jury verdict in favor of defendant. On appeal, Barker mainly complains that the adverse outcome was related to

---

**1.** The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

her poor legal representation, but this type of argument does not support reversal in this civil action. *See Watson v. Moss,* 619 F.2d 775, 776 (8th Cir.1980) (per curiam) (there is no constitutional or statutory right to effective assistance of counsel in civil case). Therefore, having reviewed the record and Barker's arguments on appeal, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.